UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**NADINE WEINGARTEN,** on behalf of herself and all others similarly situated**,**

                    Plaintiff,

           -vs.-

**BLOOMIN' BRANDS, INC. d/b/a OUTBACK STEAKHOUSE**

                    Defendant.

**NOTICE OF VOLUNTARY DISMISSAL**

**3:12 CV 01494 (CSH)**

      **PLEASE TAKE NOTICE** that Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action.

Dated: White Plains, New York
       February 6, 2013

                    Respectfully submitted,

                    **BELLIN & ASSOCIATES LLC**

                    /s/ Aytan Y. Bellin
                    By:   Aytan Y. Bellin
                    85 Miles Avenue
                    White Plains, New York 10606
                    Tel: (914) 358-5345
                    Fax: (212) 571-0284
                    E-mail: aytan.bellin@bellinlaw.com

                    *Attorneys for Plaintiff*